UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RAYMOND PURDY,

    Petitioner/Plaintiff,

v.                                    CASE NO.: 2:22-cv-134-JES-MRM

ABLE MOVING AND STORAGE, INC.,

    Respondent/Defendant.
_____/

### PLAINTIFF'S REVISED LIST OF PROPOSED ARBITERS

Plaintiff, Raymond Purdy, by and through his undersigned attorney, and pursuant to the parties' Post Litigation Arbitration Rules Agreement and the Court's January 29, 2024 Order to strike Notice filed by Able Moving and Storage, Inc. and Notice filed by Raymond Purdy as insufficient, hereby submits Plaintiff's Revised List of Proposed Arbiters, stating as follows:

1. The parties have exchanged their respective list of three (3) proposed arbiters but have been unable to agree on the selection of an arbiter.

2. Accordingly, Plaintiff hereby requests that the Court select the arbiter, and proposes that the following arbiter be selected:

    Hon. Melvia Bailey Green, Florida Third District Court of Appeal (Ret.)
    Melvia B. Green P.A.
    P.O. Box 1055
    Odessa, FL 33556
    (813) 220-1005

1

melviabgreen@gmail.com

As reflected in Judge Green's attached *curriculum vitae* ("CV"), she has a wide array of experience that includes working as an Assistant United States Attorney in the federal court system, serving as a Circuit Court Judge in Florida's 11th Circuit from 1989 to 1994 and serving as a Judge on Florida's Third District Court of Appeal from 1994 to 2008. Judge Green's CV indicates that as a trial judge, she presided over 375 jury trials and 500 bench trials, at least one of which involved transportation law related issues. As an appellate Judge for 14 years, Judge Green's CV reflects that she is "highly skilled, for example, in correctly interpreting contractual and statutory language in accordance with established rules of construction." Since 2009, Judge Green has been an arbitrator, certified circuit civil appellate mediator, hearing officer and special master/magistrate. Judge Green's CV that was obtained from aaamediation.org is attached hereto as Exhibit A[1].

Pursuant to the parties' Post Litigation Arbitration Rules Agreement, all issues in this case will be decided based on the arbiter's findings regarding each party's entitlement to attorney's fees under applicable federal law. Due to Judge Green's 14 years of experience as a Judge on Florida's Third District Court of

---

[1] The address listed on Judge Green's CV has been redacted because it appears to be a residential address.

Appeal, Judge Green would be uniquely positioned to interpret the statutes at play, thereby reaching a sound legal decision in this matter.

Dated: February 5, 2024

                                        Respectfully Submitted,

                                        */s/ Ellis R. Faught, III, Esquire*
                                        ELLIS R. FAUGHT, III, ESQUIRE
                                        Florida Bar No.: 84981
                                        BRIDGETTE M. BLITCH, ESQUIRE
                                        Florida Bar No.: 064969
                                        BLITCH WESTLEY BARRETTE, S.C.
                                        9100 Conroy Windermere Road
                                        Suite 200
                                        Windermere, Florida 34786.
                                        Telephone: (407) 574-2835
                                        Facsimile: (608) 829-2982
                                        Email: tfaught@bwesq.com
                                        jsybert@bwesq.com
                                        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 5, 2024, a true and correct copy of the foregoing document was served on the following counsel of record via the court's electronic service system:

Nicholas Dareneau, Esq.
Lewis Brisbois Bisgaard & Smith
401 E. Jackson Street, Suite 3400
Tampa, Florida 33602
Email: Nicholas.Dareneau@lewisbrisbois.com

William Daniel Floyd, Esq.
Lewis Brisbois Bisgaard & Smith
600 Peachtree Street NE, Suite 4700
Atlanta, Georgia 30308
Email: Daniel.floyd@lewisbrisbois.com

/s/ Ellis R. Faught, III, Esquire
ELLIS R. FAUGHT, III, ESQUIRE
Florida Bar No.: 84981
BRIDGETTE M. BLITCH, ESQUIRE
Florida Bar No.: 064969
BLITCH WESTLEY BARRETTE, S.C.
9100 Conroy Windermere Road
Suite 200
Windermere, Florida 34786.
Telephone: (407) 574-2835
Facsimile: (608) 829-2982
Email: tfaught@bwesq.com
jsybert@bwesq.com
Attorneys for Plaintiff