UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RAYMOND PURDY,

    Plaintiff,

v.                                               Case No.:  2:22-cv-134-JES-KCD

ABLE MOVING AND STORAGE,
INC.,

    Defendant.
_____/

## **ORDER**

    The parties have agreed to send their dispute to arbitration, but they cannot settle on who will preside as the arbiter. In the event of an impasse on the arbiter, the parties' agreement apparently leaves the issue to the Court. (Doc. 54 at 3.) It is unknown whether the parties' agreement provides criteria for the Court to use in its inquiry, or if the matter is left to the Court's discretion. Accordingly, **by February 16, 2024, the parties are ORDERED** to provide a copy of their arbitration agreement if it provides guidance for the Court, or otherwise advise the Court of what criteria should be applied in selecting the arbiter.

2

**ENTERED** in Fort Myers, Florida on February 8, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record